■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD L. LONG, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant argues on appeal that the admission into evidence of his codefendant's statement violated the rule in *Bruton v United States* (391 US 123). The codefendant's statement was received without objection and thus the issue is not preserved for review *(People v Russell,* 71 NY2d 1016, 1017). While we decline to exercise our power to review in the interest of justice (CPL 470.15 [6] [a]), we note nevertheless that all references to defendant were redacted from the codefendant's statement and if there was any error in receiving the statement, it was harmless *(People v Hamlin,* 71 NY2d 750). We have reviewed the other issues raised on appeal and find them to be without merit. (Appeal from judgment of Supreme Court, Monroe County, Boehm, J.—manslaughter, first degree.) Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.